IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal Case No. 5:08CR46 |
| vs. ) | |
| ) | |
| ROBERT NORMAN CALLIHAM ) | |

**O R D E R**

A motion having been duly brought before this Court for an order directing the Clerk of Court to accept pre-payment of the restitution in this matter and the Court having considered the same, the Court finds that the Clerk of Court will accept and deposit pre-payment restitution in this matter.

It is, therefore, ORDERED, ADJUDGED AND DECREED that:

1. The pre-judgment restitution payment in the amount of approximately $27,212.50 in funds will be accepted by the Clerk of Court in this case and the funds will be deposited by the Clerk into an interest-bearing account until further order of this Court.

2. The government will serve a copy of this Order upon the Clerk or the Financial Deputy Clerk.

Signed: July 31, 2009

Richard L. Voorhees
United States District Judge