UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:08-cr-46

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | O R D E R |
| v. | ) | |
| | ) | |
| ROBERT NORMAN CALLIHAM, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER having come before the Court on Defendant's Unopposed Motion to Temporarily Modify Conditions of Probation, the Court having reviewed the motion and having determined that there is *just cause* for the relief requested;

NOW THEREFORE IT IS ORDERED that the motion is GRANTED. Defendant may travel to Mexico for work through April 2010, provided he gives advance notice to his Probation Officer and complies with any special requests of his Probation Officer.

Signed: November 24, 2009

Richard L. Voorhees
United States District Judge